**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10 C 950 |
| v. | ) ) | Judge Hibbler |
| ST. JOSEPH PACKAGING, INC., a Missouri corporation; CHADBRUCK, INC., a Missouri corporation; and BAGS & BOXES II, INC., a Missouri corporation, | ) ) ) ) ) ) | Magistrate Judge Finnegan |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT ORDER

**NOW COME** the Plaintiffs and in support of their Motion for Entry of Judgment Order state as follows:

1. This lawsuit is an action for collection of an interim withdrawal liability payment brought pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*

2. On July 22, 2011, the Court granted Plaintiffs' motion for summary judgment against Defendants, St. Joseph Packaging, Inc., Chadbruck, Inc. and Bags & Boxes II, Inc.

3. As noted in the Court's decision granting summary judgment, under 29 U.S.C. §§ 1132(g)(2) and 1451(b), Plaintiffs are entitled to the delinquent withdrawal liability payment, interest thereon, reasonable attorneys' fees and costs and an amount equal to the greater of the interest on the delinquent withdrawal liability or liquidated damages of

F:500261 / 10410003 / 8/31/11

20% of the withdrawal liability. *See* Dkt. No. 57.

4. After the Court granted Plaintiffs' motion for summary judgment, counsel for both parties conferred to draft a mutually acceptable agreed judgment order. While the parties were able to agree on the delinquent principal, liquidated damages and attorneys' fees and costs owed under 29 U.S.C. §§ 1132(g)(2) and 1451(b), the parties could not agree on the amount of delinquent interest owed.

5. The parties agree that the principal balance owed on the outstanding withdrawal liability is $7,805,334.78. *(See also*, Affidavit of Andrew Sprau ("Sprau Affidavit."), ¶ 5, attached hereto as Exhibit A.)

6. The parties also agree that Defendants owe $1,561,066.96 in liquidated damages. (*See also*, Ex. A, Sprau Affidavit, ¶ 9.)

7. The parties have also agreed upon attorneys' fees and costs in the amount of $11,485.00.

8. Under the Central States, Southeast and Southwest Areas Pension Fund's Trust Agreement (the "Trust Agreement"), interest on delinquent withdrawal liability is computed and charged at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which the interest is charged. (Ex. A, Sprau Affidavit, ¶ 7.)

9. Defendants owe $656,786.41 in delinquent interest through September 7, 2011. (Ex. A, Sprau Affidavit, ¶ 8.) A copy of the interest calculation is attached as Exhibit 1 to the Sprau Affidavit.

10. Defendants have stated that they disagreed with Plaintiffs' interest calculation. As such, the parties have not come to an agreement on the interest amount.

11.  Under the Trust Agreement, Plaintiffs are entitled to post-judgment interest computed and charged on the entire judgment at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which the interest is charged, compounded annually. (Ex. A, Sprau Affidavit, ¶ 10.)

12.  Attached hereto as Exhibit B is a proposed order for the requested judgment. The proposed order has also been submitted to the Court's proposed orders e-mail address.

**WHEREFORE**, Plaintiffs move for entry of a judgment order awarding principal in the amount of $7,805,334.78, interest in the amount of $656,786.41, liquidated damages in the amount of $1,561,066.96, and attorneys' fees and costs in the amount of $11,485.00.

    Respectfully submitted,

    s/ Rebecca K. McMahon
Rebecca K. McMahon  (ARDC #06290192)
CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018
(847) 518-9800, Ext. 3441
rmcmahon@centralstatesfunds.org

September 1, 2011    *COUNSEL FOR CENTRAL STATES*

F:500261 / 10410003 / 8/31/11

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on September 1, 2011, I electronically filed the forgoing Plaintiffs' Motion for Entry of Judgment Order with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system.

 s/ Rebecca K. McMahon
Rebecca K. McMahon (ARDC #06290192)
CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018
(847) 518-9800, Ext. 3441
rmcmahon@centralstatesfunds.org

*COUNSEL FOR CENTRAL STATES*